UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENDRICK FELTON SHORTS**                **CIVIL ACTION**

**VERSUS**                                **NO. 10-1702**

**JEWELRY STORE, EMPLOYEE**               **SECTION: "I"(1)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

New Orleans, Louisiana, this  2nd  day of July, 2010.

**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**